**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| NEXT LEVEL HOSPITALITY, LLC | : | CASE NO. 2:21-CV-04240-JDC - KK |
| | : | |
| Plaintiff, | : | |
| | : | <u>DISTRICT JUDGE</u> |
| v. | : | JAMES D. CAIN, JR. |
| | : | |
| INDEPENDENT SPECIALTY | : | <u>MAGISTRATE JUDGE</u> |
| INSURANCE COMPANY, | : | KATHLEEN KAY |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

<u>**CORRECTIVE DOCUMENT**</u>
<u>**LOCAL RULE 7.8 TABLE OF CONTENTS, TABLE OF AUTHORITIES, AND LOCAL RULE 37.1 CERTIFICATE FOR DKT. 30**</u>

<u>**TABLE OF CONTENTS**</u>

TABLE OF CONTENTS……………………………………………………………………….**i**

TABLE OF AUTHORITIES………………………………………………………………...**ii**

DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY LITIGATION…………………………………………………..**1**

    I.    FACTUAL SUMMARY…………………………………………………..**2**

    II.    LAW AND ARGUMENT……………………………………………………**3**

        A.  This Court has the Authority to Compel Arbitration and Stay the Litigation….**3**

        B.  The Delegation Clause of the Arbitration Agreement Requires that all Matters of Dispute be Reserved for the Arbitration Panel………………………………**5**

        C.  State Law Does Not Prevent the Enforcement of the Arbitration Clause………**8**

III.	ARGUMENT………………………………………………………………………….11

IV.	PRAYER FOR RELIEF……………………………………………………………….12

# TABLE OF AUTHORITIES

**CASES**

**UNITED STATES SUPREME COURT**

*Henry Schein, Inc. v. Archer & White Sales, Inc*., 139 S. Ct. 524, 531 (2019)……………………..**6**

*Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp*., 460 U.S. 1, 24 (1983)…………………**10**

*United States v. Olano*, 507 U.S. 725, 733(1993)…………………………………………………...**10**

**UNITED STATES COURT OF APPEALS**

*Halliburton Energy Servs., v. Ironshore Specialty Insurance Co*,
921 F.3d 522, 538 (5th Cir. 2019). ……………………………………………………………...**6**

*Kubala v. Supreme Prod. Servs.,* 830 F.3d 199, 202 (5th Cir. 2016)……………………………….**6**

*McDonnel Grp., L.L.C. v. Great Lakes Ins. Se,* 923 F.3d 427, 432 n. 8 (5th Cir. 2019)…………….**4**

*Precision Builders, Inc. v. Olympic Group, LLC*, 642 Fed. Appx. 395, 400 (5th Cir. 2016)……...**11**

*Sphere Drake Ins. PLC v. Marine Towing*, 16 F.3d 666, 670 (5th Cir. 1994)………………………**4**

*Turbo Trucking Co. v. Those Underwriters at Lloyd's London*,
776 F.2d 527, 529 (5th Cir. 1985)……………………………………………………………….**4**

**UNITED STATES DISTRICT COURT**

*Acad. of the Sacred Heart of New Orleans v. Certain Underwriters at Lloyd's London*,
No. 22-4401, 2023 U.S. Dist. LEXIS 8306 (E.D. La. Jan. 18, 2023). ………………………….**7, 8**

*Broussard v. First Tower Loan, LLC,* 150 F. Supp. 3d 709, 725 (E.D. La. 2015)……………**10, 11**

*Burk Holding Co. v. Mt. Hawley Ins. Co.,* 2023 U.S. Dist. LEXIS 6398,
at *11-12 (E.D. La. 2023)…………………………………………………………………….**9**

*Certain Underwriters at Lloyd's v. Belmont Commons L.L.C.,* No. 2:22-cv-3874,
2023 U.S. Dist. LEXIS 1521 (E.D. La. January 3, 2023). …………………………………...**7, 8**

*Figear, LLC v. Velo City Risk Underwriters Claims, Indep. Specialty Ins. Co.
Nat'l. Registered Agents,* No. 22-cv-01094, 2022 U.S. Dist.
LEXIS 127122 at \*7 (E.D. La. July 18, 2022). ……………………………………………….**6**

*Georgetown Home Owners Ass'n. v. Certain Underwriters at Lloyd's*,
No. 20-102- JWD-SDJ, 2021 U.S. Dist. LEXIS 20042, at 39
(M.D. La. February 2, 2021)……………………………………………………………………**6**

*Parish of St. Charles v. HDI Global Specialty SE, et al.*,
2023 U.S. Dist. LEXIS 16481, at \* 30 (E.D. La. January 31, 2023)…………………………..**9, 10**

*STMB Props., LLC v. Certain Underwriters at Lloyd's London*, No. 22-2229, 2022 U.S. Dist.
LEXIS 156895 (E.D. La. August 31, 2022)……………………………………………………**6**

*Tra-Dor Inc. v. Underwriters at Lloyds London,* No. 2:21-CV-02997, 2022 U.S. Dist. LEXIS
143629 (W.D. La. July 25, 2022)………………………………………………………………**6**

*Woodward Design + Build, LLC v. Certain Underwriters at Lloyd's London,* No. 19-14017,
2020 U.S. Dist. LEXIS 178799 at 11 (E.D. La. September 29, 2020). …………………………..**6**

**STATE COURTS**

*Courville v. Allied Prof'ls Ins. Co.,* 2016- 1354 (La. App. 1 Cir 04/12/17),
218 So.3d 144, 148. …………………………………………………………………………….**9**

*Integrity Flooring, LLC v. Mid South Constrs., LLC*, 857 So. 2d 582, 585
(La. App. 1 Cir. 2003). …………………………………………………………………………..**10**
*Mathews-McCracken Rutland Corp. v. City of Plaquemine*,
414 So. 2d 756, 757 (La. 1982)………………………………………………………………….**10, 11**

**STATUTES**

9 U.S.C.S. § 3……………………………………………………………………………...**5, 8**

La. R.S. § 9:4201…………………………………………………………………………………**11**

La. R.S. § 9:4202…………………………………………………………………………………**11**

La. R.S. § 22:446(A)…………………………………………………………………………….**7, 8**

La. R.S. § 22:868……………………………………………………………………...**1, 7, 8, 9, 10, 12**

**OTHER AUTHORITIES**

M. Domke, *The Law and Practice of Commercial Arbitration Sec. 19.01* (1968)………………..**11**

        Respectfully Submitted,

        By:  */s/ Adrien R. Lorrain*
        Adrien R. Lorrain (La. Bar No. 37494)
        Rebecca J. Mansell (*PHV* - MS #9778)
        Rolfes Henry Co., LPA
        2113 Government Street
        Suite H-2
        Ocean Springs, Mississippi  39564
        Telephone:  (228) 207-1366
        E: rmansell@rolfeshenry.com
        E: alorrain@rolfeshenry.com
        E: ctiblier@rolfeshenry.com

        *Attorneys for Defendant*

## LOCAL RULE 37.1 CERTIFICATE

I HEREBY CERTIFY that counsel have conferred regarding Defendant's Motion to Compel Arbitration (Dkt. 30) and that Plaintiff intends to oppose the motion. Undersigned understands Local Rule 37.1 to be inapplicable to the Motion to Compel Arbitration, as Local Rule 37.1 applies to motions relative to discovery.

        */s/ Adrien R. Lorrain*
        Adrien R. Lorrain

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and accurate copy of the foregoing ***CORRECTIVE DOCUMENT*** has been served via email on counsel for all parties at the email addresses below or has been served by the Court's e-filing system on all counsel of record, on this 16th day of March, 2023.

                */s/ Adrien R. Lorrain*
                Adrien R. Lorrain