# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### (Lafayette Division)

| | | |
|---|---|---|
| NEXT LEVEL HOSPITALITY, LLC, | : | CASE NO. 2:21-CV-04240-JDC - KK |
| | : | |
| Plaintiff, | : | |
| | : | <u>DISTRICT JUDGE</u> |
| v. | : | JAMES D. CAIN, JR. |
| | : | |
| INDEPENDENT SPECIALTY | : | <u>MAGISTRATE JUDGE</u> |
| INSURANCE COMPANY, | : | KATHLEEN KAY |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Comes now Defendant, Independent Specialty Insurance Company, and herby gives notice of its appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Order entered by the United States District Court for the Western District of Louisiana on March 31, 2023, a copy of which is attached hereto.

This 26th day of April 2023.    Respectfully submitted,

By: */s/ Adrien R. Lorrain*
Adrien R. Lorrain (La. Bar No. 37494)
Rebecca J. Mansell (PHV - MS #9778)
Rolfes Henry Co., LPA
175 Main Street, Suite B
Biloxi, Mississippi, 39530
Telephone: (228) 207-1366
E: rmansell@rolfeshenry.com
E: alorrain@rolfeshenry.com
E: ctiblier@rolfeshenry.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *NOTICE OF APPEAL* has been filed using the ECF system which will send notice of the electronic filing to all counsel of record, on this 26th day of April, 2023.

                                                 */s/ Adrien R. Lorrain*
                                                 Adrien R. Lorrain